IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
MAR 24 2017
Clerk, U S District Court
District Of Montana
Missoula

| UNITED STATES OF AMERICA, | MCR-17-5018-M-JCL |
| --- | --- |
| Plaintiff, | CVB Violation No: FBDW008I |
| vs. | ORDER DISMISSING AND VACATING TRIAL |
| JOHN F. MAJKA, | |
| Defendant. | |

The United States of America has moved to dismiss this matter with prejudice. Accordingly,

IT IS ORDERED that this case is **DISMISSED** with prejudice.

IT IS FURTHER ORDERED that the trial set for April 5, 2017 at 9:00 a.m. is **VACATED**.

The Clerk of Court is directed to forward a copy of this order to the U.S. Attorney's Office, the Defendant, and to the Central Violations Bureau at P.O. Box 780549, San Antonio, Texas 78278-0549. CVB is directed to enter **NC** as the disposition code in this matter.

DATED this 24th day of March, 2017.

Jeremiah C. Lynch
United States Magistrate Judge

c: USA
Def
CVB

ORDER DISMISSING AND VACATING TRIAL            1